**FILED**
CLERK, U.S. DISTRICT COURT

Oct 7, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER RESNIK (Cal. Bar No. 233634)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail:    Jennifer.Resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>$64,500 IN U.S. CURRENCY; ONE 2007 MERCEDES S550; ONE 2007 HONDA CRV; ONE 2007 TOYOTA TUNDRA; AND ELEVEN ASSORTED WATCHES,<br><br>      Defendants.<br><br>LEMUEL LIBUNAO<br><br>      Claimant. | No. CV-08-8359-SVW (AJWx)<br><br>[~~PROPOSED~~]<br>CONSENT JUDGMENT OF FORFEITURE<br><br><br>JS-6 |

    This action was filed on December 18, 2008. Notice was given and published in accordance with law. Claimant Lemuel Libunao ("Claimant Libunao") filed the only claim to the defendant $64,500.00 in U.S. currency (the "defendant currency"), the defendant 2007

1

Mercedes S550, the defendant 2007 Honda CRV and the defendant 2007 Toyota Tundra (collectively the "defendant vehicles"), and the eleven assorted watches, consisting of the following:

1. Platinum Masterpiece Rolex Watch with Diamonds
   Serial Number: Z481849

2. 18 Kt White Gold Rolex Watch
   Serial Number: Z394771

3. Rolex Watch GMT Master II
   Serial Number: M074171

4. Rolex Watch Stainless Steel Daytona
   Serial Number: F992376

5. Rolex Ladies Watch Date Just
   Serial Number: D150490

6. Rolex Men's Watch 2-Tone Date Just
   Serial Number: L732073

7. Rolex Watch Explorer
   Serial Number: A296053

8. IWC Big Pilot's Watch with Steel Case
   Serial Number: 5004-01

9. Panerai Rattrapante, Black Dial with Luminor Hour Markers and Arabic Numbers Watch
   Serial Number: PAM00214

10. Panerai Rattrapante, Auto Winding/Date, Black Dial Luminous Markers and Arabic Numbers Watch
    Serial Number: PAM00024

11. Cartier Roadster Chronograph Watch
    Serial Number: W620

(the "defendant watches") (collectively the "defendant property"), which were seized on or about August 6, 2008.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and Claimant Libunao have reached an agreement that is dispositive of the action.  The parties have requested that the Court enter this Consent Judgment of Forfeiture.

1    WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

2    A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

4    B.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and 31 U.S.C. § 5317(c)(2).

6    C.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant property other than Claimant Libunao are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

11   D.   The United States of America shall have judgment as to all of the defendant currency, together with all interest earned by the government the defendant currency since seizure, and all of the defendant vehicles, and no other person or entity shall have any right, title or interest therein.

16   E.   The defendant watches identified above as numbers 3, 5, 6, 7 and 8 shall be returned to Claimant Libunao or his designee in the Central District of California by the United States Marshals Service. The United States shall have judgment as to the remaining defendant watches (numbers 1, 2, 4, 9, 10 and 11) and no other person or entity shall have any right, title or interest therein.

22   F.   Claimants have released the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Agency and the Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Claimant

28

3

```
 1  Libunao, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Nothing
 2  in this consent judgment is intended as, nor should anything in this
 3  consent judgment be interpreted as an admission by Claimant Libunao
 4  of any liability or wrongdoing.
 5       G.   The court finds that there was reasonable cause for the
 6  seizure of the defendant property and institution of these
 7  proceedings.  This judgment shall be construed as a certificate of
 8  reasonable cause pursuant to 28 U.S.C. § 2465.
```

Dated: October 7, 2015

_____
THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: ~~August~~ September 11, 2015,

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
Jennifer Resnik
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 2015,

_____
LEMUEL LIBUNAO
Claimant

Dated: August 2015,

LAW OFFICES OF MARK J. WERKSMAN

_____
MARK J. WERKSMAN, ESQ.
Attorneys for Claimant Lemuel Libunao

4